UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

CEDRIC BISHOP, on behalf of himself and all
others similarly situated,

                       Plaintiffs,

-against-

WOMEN'S NATIONAL REPUBLICAN CLUB,
INC. D/B/A/ 3 WEST CLUB,

                       Defendant.

------------------------------------ x

FILED: OCT 15 2018

ORDER

18 Civ. 7069 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised by the parties that they have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: October 15, 2018
       New York, New York

                                    SO ORDERED.

                                    GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE